| | |
|---|---|
| 1 | TIMOTHY COURCHAINE<br>United States Attorney |
| 2 | District of Arizona |
| 3 | PATRICK SLOANE<br>Texas State Bar No. 24077228 |
| 4 | LEIGHANN M. THOMAS<br>Illinois State Bar No. 6327687 |
| 5 | Assistant United States Attorneys<br>Two Renaissance Square |
| 6 | 40 N. Central Ave., Suite 1800<br>Phoenix, Arizona 85004 |
| 7 | Telephone: 602-514-7500<br>Email: LeighAnn.Thomas@usdoj.gov |
| 8 | Email: Patrick.Sloane@usdoj.gov<br>Attorneys for Plaintiff |

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JAN 6 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Zhen Liu,<br><br>　　　　　Defendant. | No. CR26-00015-PHX-DWL (ASB)<br><br>**INDICTMENT**<br><br>VIO: 8 U.S.C. §§ 1324(a)(1)(A)(iii) and (a)(1)(B)(ii)<br>(Harboring Illegal Aliens)<br>Count 1<br><br>8 U.S.C. §§ 1324a(a)(1), (a)(2) and (f)(1)<br>(Pattern and Practice of Knowingly Employing Unauthorized Aliens)<br>Count 2 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

Beginning on an unknown date and continuing through on or about December 10, 2025, in the District of Arizona and elsewhere, the defendant, ZHEN LIU, knowing and in reckless disregard of the fact that certain aliens, namely: Victor Manuel Guzman-Mendoza and Pablo Tlaxcala De Los Santos, had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor, and shield from detection such aliens in any place, including any building and any means of transportation.

- 2 -

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (a)(1)(B)(ii).

**COUNT 2**

Beginning on an unknown date, and continuing through on or around December 10, 2025, in the District of Arizona and elsewhere, the defendant, ZHEN LIU, engaged in a pattern and practice of hiring for employment and continuing to employ aliens, namely, Victor Manuel Guzman-Mendoza and Pablo Tlaxcala De Los Santos, in the United States, knowing the aliens were and had become unauthorized with respect to such employment.

In violation of Title 8, United States Code, Sections 1324a(a)(1), (a)(2) and (f)(1).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: January 6, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
PATRICK SLOANE
LEIGHANN THOMAS
Assistant U.S. Attorneys